UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 13-416 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MAURICE GARDNER, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Distribution of Cocaine Base

<u>Date of Detention Hearing</u>:   August 29, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant was arrested on August 27, 2013 when search and seizure warrants

DETENTION ORDER
PAGE -1

were served at the Great Bear Motor Inn in Tukwila, where he was residing. Defendant is alleged to have sold crack cocaine from his room in the motel.

2. Defendant has a lengthy criminal history that includes multiple failures to appear, being a fugitive from another state, and probation violations. He has mental health issues and allegedly is a user of controlled substances. He is associated with multiple alias identifiers.

3. Defendant does not oppose entry of an order of detention at this time.

4. Defendant poses a risk of nonappearance due to a history of failing to appear, being a fugitive, mental health issues, alleged ongoing use of a controlled substance, violations of court orders and bench warrant activity, and association with alias identifiers. He poses a risk of danger due to criminal history, a history of failing to comply with supervision, and substance abuse.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 29th day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3